**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

'713 FEB 28  A II: 49

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  Criminal No. JFM-96-0437 |
| THOMAS W. SMITH, III | * |

\*\*\*\*\*\*

## MEMORANDUM

Defendant has filed a motion to appoint legal counsel for resolution of a motion that he has filed pursuant to *Pepper v. United States*, 131 S. Ct. 1229 (2011), for a reduction in sentence based upon post-sentencing rehabilitation.

*Pepper v. United States* does not provide a basis for defendant's motion. Fed. R. Crim. P. 35, which limits a court's jurisdiction to correct or reduce a sentence, controls. *Pepper* involved a situation where a defendant was resentenced on appeal. Therefore, the motion will be denied.

Date: 2/28/13

J. Frederick Motz
United States District Judge

1